ROCHELLE L. WILCOX (State Bar No. 197790)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017-2566
Telephone (213) 633-6800
Fax (213) 633-6899
Email: rochellewilcox@dwt.com

STEPHEN M. RUMMAGE (*Admitted Pro Hac Vice*)
KENNETH E. PAYSON (*Admitted Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone (206) 622-3150
Fax (206) 757-7700
Email:  steverummage@dwt.com; kenpayson@dwt.com

Attorneys for Defendant CLEARWIRE CORPORATION, erroneously sued as CLEARWIRE, INC.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON NEWTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CLEARWIRE, INC.,<br><br>Defendant. | Case No. 2:11-cv-00783-WBS-DAD<br><br>STIPULATION AND ORDER LIFTING STAY AND SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO COMPEL ARBITRATION |

**STIPULATION**

For reasons set forth in the accompanying Joint Status Report Concerning Supreme Court Ruling in *AT&T Mobility v. Concepcion*, the parties, by and through their attorneys of record, stipulate to lift the stay and to adhere to the following briefing schedule to govern defendant's motion to compel arbitration. The parties jointly request that the Court enter the following Order approving that Stipulation:

1

1. Defendant's motion to compel arbitration shall be due no later than *June 9, 2011*, and shall be set for hearing on *August 29, 2011*, at 2:00 p.m.;

2. Plaintiff's response shall be due no later than *July 8, 2011*; and

3. Defendant's reply shall be due no later than *July 22, 2011*.

Stipulated and respectfully submitted this 12th day of May, 2011.

| For Clearwire Corporation: | For Plaintiff: |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | AUDET & PARTNERS, LLP |
| By: /s/ *Kenneth E. Payson* <br> Kenneth E. Payson | By: /s/ *Jonas P. Mann* (as authorized on May 12, 2011) <br> Jonas P. Mann |
| Attorneys for Defendant <br> CLEARWIRE CORPORATION | Attorneys for Plaintiff <br> SHARON NEWTON |

**ORDER**

IT IS SO ORDERED. The Court lifts the stay. The parties shall adhere to the following schedule:

1.  Defendant's motion to compel arbitration shall be due no later than *June 9, 2011*, and shall be set for hearing on *August 29, 2011*, at 2:00 p.m.;

2.  Plaintiff's response shall be due no later than *July 8, 2011*; and

3.  Defendant's reply shall be due no later than *July 22, 2011*.

DATED this 13th day of May 2011.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DAVIS WRIGHT TREMAINE LLP

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

>Michael McShane (mmcshane@audetlaw.com)
>Jonas Mann (jmann@audetlaw.com)
>Audet & Partners, LLP
>221 Main Street, Suite 1460
>San Francisco, CA 94105

I also caused a true and correct copy of the foregoing document to be enclosed in an envelope and placed for collection and mailing with the United States Post Office on May 12, 2011, following the ordinary business practice, addressed as follows

>Clayton Halunen
>Shawn Wanta
>Halunen & Associates
>1650 IDS Center
>80 South Eighth Street
>Minneapolis, MN  55402

DATED this 12th day of May, 2011.

>*s/ Kenneth E. Payson*
>Kenneth E. Payson, WSBA #26369
>Davis Wright Tremaine LLP
>1201 Third Avenue, Suite 2200
>Seattle, Washington  98101-3045
>Telephone: (206) 622-3150
>Fax: (206) 757-7700
>E-mail: kenpayson@dwt.com

DAVIS WRIGHT TREMAINE LLP