Michael McShane
Jonas P. Mann
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone (415) 568-2555
Fax (415) 568-2556
Email: mmcshane@audetlaw.com
        jmann@audetlaw.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON NEWTON, individually and on behalf of all others similarly situated, | Case No. 2:11-cv-00783-WBS-DAD |
| Plaintiffs, | STIPULATION AND [~~PROPOSED~~] ORDER AMENDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO COMPEL ARBITRATION |
| vs. | |
| CLEARWIRE, INC., | |
| Defendant. | |

## STIPULATION

The parties, by and through their attorneys of record, stipulate to amend the briefing and hearing schedule for Clearwire's Motion to Compel Arbitration and Stay Claims ("Motion to Compel Arbitration") [Dkt. 18]. The parties jointly request that the Court enter the following Order approving that Stipulation. In support of this request, the parties represent the following to the Court:

1.     On May 13, 2011, the Court entered an order [Dkt. 17] approving the parties' agreed briefing and hearing schedule on Clearwire's Motion to Compel Arbitration as follows:

(a)     Clearwire's Motion to Compel Arbitration due no later than ***June 9, 2011***, and set for hearing on ***August 29, 2011***, at 2:00 p.m.;

1

AUDET & PARTNERS, LLP

(b)     Plaintiff's response due no later than *July 8, 2011*; and

(c)     Clearwire's reply due no later than *July 22, 2011*.

2.     On June 9, 2011, Clearwire filed its Motion to Compel Arbitration;

3.     On June 20, 2011, Plaintiff served discovery that she deemed essential to issues identified in the Motion to Compel Arbitration;

4.     Following a meet-and-confer process, Clearwire served its responses and certain responsive documents on July 5, 2011.  In its response, Clearwire objected to Plaintiff's Interrogatories and a number of Requests for Production of Documents, which had been subject to the meet-and-confer process.  After further meeting and conferring, the parties remain at an impasse regarding these objections;

5.     Plaintiff will file a Motion to Compel Discovery and Joint Statement Regarding the Discovery Disagreement by *July 21, 2011*, and will set the Motion to Compel for hearing at a mutually convenient time.  Plaintiff will provide her portion of the Joint Statement to Clearwire no later than *July 13, 2011*.  Clearwire will add its portion to the Joint Statement and provide it to Plaintiff by *July 20, 2011*.

6.     The deadline for filing Plaintiff's response to the Motion to Compel Arbitration shall be moved from *July 8, 2011*, to **7 days following** either (1) the Court's entry of an order denying the Motion to Compel Discovery or (2) Clearwire's production of information or documents the Court orders Clearwire to produce in granting the Motion to Compel Discovery.

7.     The deadline for filing Clearwire's reply in support of its Motion to Compel Arbitration shall be moved from *July 22, 2011*, to **21 days following** Plaintiff's response to that Motion.  The parties agree to amend further the scheduled reply date should Clearwire require any discovery from the Plaintiff.

8.     The parties agree that this pre-arbitration discovery does not constitute a waiver of any right that Clearwire may have to compel arbitration.

9.     The parties agree to strike the current *August 29, 2011*, hearing date for Clearwire's Motion to Compel Arbitration, which will be reset at a mutually convenient time for the parties and the Court.

AUDET & PARTNERS, LLP

1        Stipulated and respectfully submitted this 7th day of July, 2011.

2

3   For Clearwire Corporation:      For Plaintiff:

    DAVIS WRIGHT TREMAINE LLP    AUDET & PARTNERS, LLP

4

5  By: _____   By: _____

6      Kenneth E. Payson         Jonas P. Mann

7     Attorneys for Defendant       Attorneys for Plaintiff

      CLEARWIRE CORPORATION     SHARON NEWTON

8

9                      **ORDER**

10

11        IT IS SO ORDERED.  The Court amends the schedule.  The parties shall adhere to the

schedule above.  Any motions to compel discovery shall be noticed for hearing before the assigned

Magistrate Judge in accordance with Local Rule 302(c)(1).  The Court strikes the August 29,

2011, hearing date on Clearwire's Motion to Compel Arbitration and Stay Claims, to be reset by

further order of the Court.

16

17        DATED this 8th day of July, 2011.

18

19                WILLIAM B. SHUBB

                UNITED STATES DISTRICT JUDGE

*AUDET & PARTNERS, LLP*

1

**<u>CERTIFICATE OF SERVICE</u>**

2       I hereby certify that on this day, I caused to be electronically filed the foregoing document

3 with the Clerk of the Court using the CM/ECF system which will send notification of such filing

4 to the following counsel of record:

5               ROCHELLE L. WILCOX
                DAVIS WRIGHT TREMAINE LLP
6               865 S. Figueroa St., Suite 2400
                Los Angeles, California 90017-2566
7               Telephone (213) 633-6800
                Fax (213) 633-6899
8               Email:  rochellewilcox@dwt.com

9               STEPHEN M. RUMMAGE
                KENNETH E. PAYSON
10              DAVIS WRIGHT TREMAINE LLP
                1201 Third Avenue, Suite 2200
11              Seattle, WA 98101-3045
                Telephone (206) 622-3150
12              Fax (206) 757-7700
                Email:  steverummage@dwt.com; kenpayson@dwt.com
13

        DATED this 7th day of July, 2011.
14

15

16                              /s/ *Jonas P. Mann*
                                Michael McShane
17                              Jonas P. Mann
                                AUDET & PARTNERS, LLP
18                              221 Main Street, Suite 1460
                                San Francisco, CA 94105
19                              Telephone (415) 568-2555
                                Fax (415) 568-2556
20                              Email:  mmcshane@audetlaw.com
                                        jmann@audetlaw.com
21

22

23

24

25

26

27

28

AUDET & PARTNERS, LLP

4