ROCHELLE L. WILCOX (State Bar No. 197790)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017-2566
Telephone (213) 633-6800
Fax (213) 633-6899
Email: rochellewilcox@dwt.com

STEPHEN M. RUMMAGE (*Admitted Pro Hac Vice*)
KENNETH E. PAYSON (*Admitted Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone (206) 622-3150
Fax (206) 757-7700
Email:  steverummage@dwt.com; kenpayson@dwt.com

Attorneys for Defendant CLEARWIRE CORPORATION,
erroneously sued as CLEARWIRE, INC.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON NEWTON, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CLEARWIRE, INC.,<br><br>　　　　　　Defendant. | Case No. 2:11-cv-00783-WBS-DAD<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING COMPLIANCE WITH DISCOVERY OBLIGATIONS AND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO COMPEL ARBITRATION |

**STIPULATION**

Plaintiff Sharon Newton and Defendant Clearwire Corporation, by and through their attorneys of record, stipulate that (a) Clearwire's production of certain documents, together with its early discovery responses and document production, satisfies its arbitration-related discovery obligations, and (b) the briefing schedule for Clearwire's pending Motion to Compel Arbitration and Stay Claims [Dkt. 18] ("Motion to Compel Arbitration") should be amended.  The parties

jointly request that the Court enter the following Order approving this Stipulation. In support of this request, the parties represent the following to the Court:

1. On September 23, 2011, the Court entered an Order [Dkt. 30] ("Discovery Order") granting in part and denying in part Ms. Newton's Motion to Compel Responses to Plaintiff's Discovery Requests [Dkt. 25] ("Discovery Motion").  The Court denied Ms. Newton's Discovery Motion with respect to her request for production of documents but granted the Motion with respect to her request for further responses to Interrogatories Nos. 1–4.  Disc. Order at 12–13. Although the Court directed Clearwire to identify the "number of instances" and "the outcome" of the topics requested in interrogatories Nos. 1–4, the Court denied Ms. Newton's request that Clearwire provide the "name of the customer" with respect to each topic. *Id.* at 12.

2. On October 24, 2011, in accordance with the Discovery Order, Clearwire served Ms. Newton with its supplemental responses to Interrogatories Nos. 1–4.  Thus, under the current briefing schedule [Dkt. 23] ("Am. Schedule Order"), the deadline for Ms. Newton's response to Clearwire's Motion to Compel Arbitration is ***October 31, 2011*** (seven days following Clearwire's production), and the deadline for Clearwire's reply is ***November 21, 2011*** (twenty-one days following Ms. Newton's response).  Am. Scheduling Order ¶¶ 6–7.

3. After Clearwire served its supplemental responses, Ms. Newton's counsel contacted Clearwire's counsel and requested that Clearwire produce any documents that formed the basis for its supplemental responses to Interrogatories Nos. 1–4.  Clearwire objected to this request on the ground that the Discovery Order denied Ms. Newton's request for the production of documents.  *See* Disc. Order at 13.  Nonetheless, in an effort to avoid involving the Court in resolving another discovery dispute, Clearwire offered to produce the requested documents subject to specific conditions.

4. Following a meet-and-confer process, the parties agreed as follows:

    a. Clearwire will produce to Ms. Newton any complaints, docket materials, or settlement agreements on which it relied in supplementing its responses to Interrogatories Nos. 1–4;

DAVIS WRIGHT TREMAINE LLP

      b.    Clearwire may redact from its document production any Clearwire customer names, personal information, case and docket numbers (but not court or forum names), or any other information that could lead to the discovery of the identity of Clearwire's customers;

      c.    Clearwire may designate as "Confidential" any settlement agreements with customers that it produces, and Ms. Newton will agree to a stipulated protective order to maintain the confidentiality of such designated materials;

      d.    Upon Clearwire's production of the above materials, Ms. Newton agrees that Clearwire has satisfied its discovery obligations and that arbitration-related discovery is complete;

5.    In light of the Clearwire's production of additional materials, the current briefing schedule, and the Thanksgiving holiday, the parties agree (subject to Court approval) to amend the briefing schedule so the deadline for Ms. Newton's response to the Motion to Compel Arbitration will be ***November 4, 2011***, and the deadline for Clearwire's reply will be ***December 1, 2011***.  This amended schedule substantially follows the briefing interval previously approved by the Court. *See* Am. Scheduling Order ¶¶ 6–7.

Stipulated and respectfully submitted this 31st day of October, 2011.

For Clearwire Corporation:

DAVIS WRIGHT TREMAINE LLP

By: /s/ *Kenneth E. Payson*
    Kenneth E. Payson

    Attorneys for Defendant
    CLEARWIRE CORPORATION

For Plaintiff:

AUDET & PARTNERS, LLP

By: /s/ *Bryce Miller* (authorized on October 31, 2011)
    Bryce Miller

    Attorneys for Plaintiff
    SHARON NEWTON

**ORDER**

IT IS SO ORDERED. The Court approves the parties' stipulation regarding discovery and amends the briefing schedule on Clearwire's Motion to Compel arbitration as follows:

1. Plaintiff's response shall be due no later than ***November 4, 2011***; and
2. Defendant's reply shall be due no later than ***December 1, 2011***.

DATED this 1st day of November, 2011.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

>Michael McShane (mmcshane@audetlaw.com)
>Jonas Mann (jmann@audetlaw.com)
>Audet & Partners, LLP
>221 Main Street, Suite 1460
>San Francisco, CA 94105
>
>Bryce Miller (bmmiller@baillonthome.com)
>Baillon Thome Jozwiak Miller & Wanta LLP
>222 South Ninth Street, Suite 2955
>Minneapolis, MN  55402

DATED this 31st day of October, 2011.

>*s/ Kenneth E. Payson*
>Kenneth E. Payson, WSBA #26369
>Davis Wright Tremaine LLP
>1201 Third Avenue, Suite 2200
>Seattle, Washington  98101-3045
>Telephone: (206) 622-3150
>Fax: (206) 757-7700
>E-mail: kenpayson@dwt.com