ROCHELLE L. WILCOX (State Bar No. 197790)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017-2566
Telephone (213) 633-6800
Fax (213) 633-6899
Email: rochellewilcox@dwt.com

STEPHEN M. RUMMAGE (*Admitted Pro Hac Vice*)
KENNETH E. PAYSON (*Admitted Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone (206) 622-3150
Fax (206) 757-7700
Email: steverummage@dwt.com; kenpayson@dwt.com

Attorneys for Defendant CLEARWIRE CORPORATION, erroneously sued as CLEARWIRE, INC.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON NEWTON, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>CLEARWIRE, INC.,<br><br>        Defendant. | Case No. 2:11-cv-00783-WBS-DAD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAYING CASE PENDING MEDIATION |

## STIPULATION

Plaintiff Sharon Newton and Defendant Clearwire Corporation, by and through their counsel, stipulate to the following and request that the Court continue the hearing on Clearwire's Motion to Compel Arbitration [Dkt. 18] and stay this matter until after the parties complete mediation the first week of January 2012. The parties jointly request that the Court enter the following Order approving this Stipulation.

In support of this request, the parties represent the following to the Court:

1.     On June 9, 2011, Clearwire filed a Motion to Compel Arbitration.

2. The parties have completed briefing on the motion.

3. On November 1, 2011, the Court entered a minute order [Dkt. 34] setting Clearwire's Motion for hearing on December 19, 2011, at 2:00 p.m.

4. The parties have agreed to mediate their dispute, as well as other matters involving Clearwire, the first week of January 2012.

5. To allow the parties to focus attention on efforts to resolve their dispute amicably, they ask the Court to continue the hearing on Clearwire's Motion to Compel Arbitration, to be reset if they fail to achieve a settlement, and to stay the case until after their mediation.

Stipulated and respectfully submitted this 12th day of December, 2011.

| For Clearwire Corporation: | For Plaintiff: |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | BAILLON THOME JOZWIAK MILLER & WANTA |
| By: /s/ *Kenneth E. Payson*<br>    Kenneth E. Payson (*admitted pro hac vice*) | By: /s/ *Bryce Miller* (authorized on December 12, 2011)<br>    Bryce Miller (*admitted pro hac vice*) |
| Attorneys for Defendant<br>CLEARWIRE CORPORATION | Of Attorneys for Plaintiff<br>SHARON NEWTON |

**ORDER**

IT IS SO ORDERED.

The Court approves the parties' stipulation and VACATES the December 19, 2011, 2:00 p.m. hearing on Clearwire's Motion to Compel Arbitration.

This matter is STAYED until January 12, 2012. At the expiration of that time the parties shall submit a joint status report describing how they propose that this matter will proceed.

DATED this 12th day of December 2011.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

>Michael McShane (mmcshane@audetlaw.com)
>Jonas Mann (jmann@audetlaw.com)
>Audet & Partners, LLP
>221 Main Street, Suite 1460
>San Francisco, CA 94105
>
>Bryce Miller (bmmiller@baillonthome.com)
>Baillon Thome Jozwiak Miller & Wanta LLP
>222 South Ninth Street, Suite 2955
>Minneapolis, MN  55402

DATED this 12th day of December, 2011.

>s/ *Kenneth E. Payson*
>
>Kenneth E. Payson (*admitted pro hac vice*)
>Davis Wright Tremaine LLP
>1201 Third Avenue, Suite 2200
>Seattle, Washington  98101-3045
>Telephone: (206) 622-3150
>Fax: (206) 757-7700
>E-mail: kenpayson@dwt.com