ROCHELLE L. WILCOX (State Bar No. 197790)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017-2566
Telephone (213) 633-6800
Fax (213) 633-6899
Email: rochellewilcox@dwt.com

STEPHEN M. RUMMAGE (*Admitted Pro Hac Vice*)
KENNETH E. PAYSON (*Admitted Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone (206) 622-3150
Fax (206) 757-7700
Email: steverummage@dwt.com; kenpayson@dwt.com

Attorneys for Defendant CLEARWIRE CORPORATION, erroneously sued as CLEARWIRE, INC.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON NEWTON, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CLEARWIRE, INC.,<br><br>　　　　　　Defendant. | Case No. 2:11-cv-00783-WBS-DAD<br><br>JOINT STATUS REPORT, STIPULATION AND [PROPOSED] ORDER CONTINUING STAY |

**JOINT STATUS REPORT AND STIPULATION**

Plaintiff Sharon Newton and Defendant Clearwire Corporation, by and through their counsel, provide this joint status report and stipulate to the following and request that the Court stay this matter until March 16, 2012, so the parties can continue their settlement discussions, which remain ongoing following their formal mediation. The parties jointly request that the Court enter the following Order approving this Stipulation.

In support of this request, the parties represent the following to the Court:

1

1. On December 12, 2011, the Court entered an order [Dkt. 39] approving the parties' stipulation and (i) staying the case until January 12, 2012, to allow the parties to mediate their dispute, as well as other matters involving Clearwire; (ii) vacating the hearing on Clearwire's Motion to Compel Arbitration [Dkt. 18]; and (iii) directing the parties to submit a joint status report at the expiration of the stay.

2. The parties engaged in formal mediation on January 4 and 5, 2012, and their settlement discussions from that mediation remain ongoing.

3. On January 13, 2012, the parties requested [Dkt. 40] and the Court granted [Dkt. 41] an extension of the stay to allow settlement discussions to continue.

4. To allow the parties to continue their settlement discussions and focus their efforts on resolving this dispute amicably, they jointly ask the Court to stay the case until February 28, 2012.

Stipulated and respectfully submitted this 17th day of February, 2012.

| For Clearwire Corporation: | For Plaintiff: |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | BAILLON THOME JOZWIAK MILLER & WANTA |
| By: /s/ *Kenneth E. Payson*<br>Kenneth E. Payson (*admitted pro hac vice*) | By: /s/ *Bryce Miller* (authorized on February 17, 2012)<br>Bryce Miller (*admitted pro hac vice*) |
| Attorneys for Defendant<br>CLEARWIRE CORPORATION | Of Attorneys for Plaintiff<br>SHARON NEWTON |

**ORDER**

IT IS SO ORDERED.

The Court approves the parties' stipulation and STAYS this matter until February 28, 2012.  At the expiration of that time the parties shall submit a joint status report describing how they propose that this matter will proceed.

DATED this 21st day of February 2012.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

> Michael McShane (mmcshane@audetlaw.com)
> Jonas Mann (jmann@audetlaw.com)
> Audet & Partners, LLP
> 221 Main Street, Suite 1460
> San Francisco, CA 94105
>
> Bryce Miller (bmmiller@baillonthome.com)
> Baillon Thome Jozwiak Miller & Wanta LLP
> 222 South Ninth Street, Suite 2955
> Minneapolis, MN  55402

DATED this 17th day of February, 2012.

>  s/ *Kenneth E. Payson*
>
> Kenneth E. Payson (*admitted pro hac vice*)
> Davis Wright Tremaine LLP
> 1201 Third Avenue, Suite 2200
> Seattle, Washington  98101-3045
> Telephone: (206) 622-3150
> Fax: (206) 757-7700
> E-mail: kenpayson@dwt.com

DAVIS WRIGHT TREMAINE LLP