ROCHELLE L. WILCOX (State Bar No. 197790)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017-2566
Telephone (213) 633-6800
Fax (213) 633-6899
Email: rochellewilcox@dwt.com

STEPHEN M. RUMMAGE (*Admitted Pro Hac Vice*)
KENNETH E. PAYSON (*Admitted Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone (206) 622-3150
Fax (206) 757-7700
Email: steverummage@dwt.com; kenpayson@dwt.com

Attorneys for Defendant CLEARWIRE CORPORATION,
erroneously sued as CLEARWIRE, INC.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON NEWTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CLEARWIRE, INC.,<br><br>Defendant. | Case No. 2:11-cv-00783-WBS-DAD<br><br>JOINT STATUS REPORT, STIPULATION AND ORDER CONTINUING STAY |

**JOINT STATUS REPORT AND STIPULATION**

Plaintiff Sharon Newton and Defendant Clearwire Corporation, by and through their counsel, provide this joint status report and stipulate to the following and request that the Court stay this matter until March 14, 2012, so the parties can continue their settlement discussions, which remain ongoing following their formal mediation. The parties jointly request that the Court enter the following Order approving this Stipulation.

In support of this request, the parties represent the following to the Court:

1

1. On December 12, 2011, the Court entered an order [Dkt. 39] approving the parties' stipulation and (i) staying the case until January 12, 2012, to allow the parties to mediate their dispute, as well as other matters involving Clearwire; (ii) vacating the hearing on Clearwire's Motion to Compel Arbitration [Dkt. 18]; and (iii) directing the parties to submit a joint status report at the expiration of the stay.

2. The parties engaged in formal mediation on January 4 and 5, 2012, and their discussions from that mediation remain ongoing.

3. On January 13, 2012, the parties requested [Dkt. 40] and the Court granted [Dkt. 41] an extension of the stay to allow their discussions to continue.

4. On February 17, 2012, the parties requested [Dkt. 42] and the Court granted [Dkt. 43] a further extension of the stay to allow their discussions to continue.

5. To allow the parties to continue their discussions and focus their efforts on resolving this dispute amicably, they jointly ask the Court to stay the case until March 14, 2012.

Stipulated and respectfully submitted this 28th day of February, 2012.

| For Clearwire Corporation: | For Plaintiff: |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | BAILLON THOME JOZWIAK MILLER & WANTA |
| By: /s/ *Kenneth E. Payson* <br> Kenneth E. Payson (*admitted pro hac vice*) | By: /s/ *Bryce Miller* (authorized on February 28, 2012) <br> Bryce Miller (*admitted pro hac vice*) |
| Attorneys for Defendant <br> CLEARWIRE CORPORATION | Of Attorneys for Plaintiff <br> SHARON NEWTON |

DAVIS WRIGHT TREMAINE LLP

**ORDER**

IT IS SO ORDERED.

The Court approves the parties' stipulation and STAYS this matter until March 14, 2012. At the expiration of that time the parties shall submit a joint status report describing how they propose that this matter will proceed.

DATED this 1st day of March 2012.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE