ROCHELLE L. WILCOX (State Bar No. 197790)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017-2566
Telephone (213) 633-6800
Fax (213) 633-6899
Email:  rochellewilcox@dwt.com

STEPHEN M. RUMMAGE (*Admitted Pro Hac Vice*)
KENNETH E. PAYSON (*Admitted Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone (206) 622-3150
Fax (206) 757-7700
Email:  steverummage@dwt.com; kenpayson@dwt.com

Attorneys for Defendant CLEARWIRE CORPORATION,
erroneously sued as CLEARWIRE, INC.

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON NEWTON, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>CLEARWIRE, INC.,<br><br>                    Defendant. | Case No. 2:11-cv-00783-WBS-DAD<br><br>JOINT STATUS REPORT, STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STAY |

**JOINT STATUS REPORT AND STIPULATION**

Plaintiff Sharon Newton and Defendant Clearwire Corporation, by and through their counsel, provide this joint status report and stipulate to the following and request that the Court stay this matter until March 28, 2012, so the parties can continue their settlement discussions, which remain ongoing following their formal mediation.  The parties jointly request that the Court enter the following Order approving this Stipulation.

In support of this request, the parties represent the following to the Court:

DAVIS WRIGHT TREMAINE LLP

1

1.   On December 12, 2011, the Court entered an order [Dkt. 39] approving the parties' stipulation and (i) staying the case until January 12, 2012, to allow the parties to mediate their dispute, as well as other matters involving Clearwire; (ii) vacating the hearing on Clearwire's Motion to Compel Arbitration [Dkt. 18]; and (iii) directing the parties to submit a joint status report at the expiration of the stay.

2.   The parties engaged in formal mediation on January 4 and 5, 2012, and their discussions from that mediation remain ongoing.

3.   The Court entered Orders [Dkts. 41, 43 & 45] extending the stay to allow the parties' discussions to continue.

4.   To allow the parties to continue their discussions and focus their efforts on resolving this dispute amicably, they jointly ask the Court to stay the case until March 28, 2012.

Stipulated and respectfully submitted this 14th day of March, 2012.

For Clearwire Corporation:

DAVIS WRIGHT TREMAINE LLP

By: /s/ *Kenneth E. Payson*
      Kenneth E. Payson (*admitted pro hac vice*)

Attorneys for Defendant
CLEARWIRE CORPORATION

For Plaintiff:

BAILLON THOME JOZWIAK MILLER & WANTA

By: /s/ *Bryce Miller* (authorized on March 14, 2012)
      Bryce Miller (*admitted pro hac vice*)

Of Attorneys for Plaintiff
SHARON NEWTON

2

DAVIS WRIGHT TREMAINE LLP

1

**ORDER**

2      IT IS SO ORDERED.

3           The Court approves the parties' stipulation and STAYS this matter until March 28, 2012.

4  At the expiration of that time the parties shall submit a joint status report describing how they

5  propose that this matter will proceed.

6           DATED this 16th day of March 2012.

7

8                              WILLIAM B. SHUBB
                               UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP

3

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

> Michael McShane (mmcshane@audetlaw.com)
> Jonas Mann (jmann@audetlaw.com)
> Audet & Partners, LLP
> 221 Main Street, Suite 1460
> San Francisco, CA 94105
>
> Bryce Miller (bmmiller@baillonthome.com)
> Baillon Thome Jozwiak Miller & Wanta LLP
> 222 South Ninth Street, Suite 2955
> Minneapolis, MN  55402

DATED this 14th day of March, 2012.

                    s/ *Kenneth E. Payson*
            _____

            Kenneth E. Payson (*admitted pro hac vice*)
            Davis Wright Tremaine LLP
            1201 Third Avenue, Suite 2200
            Seattle, Washington  98101-3045
            Telephone: (206) 622-3150
            Fax: (206) 757-7700
            E-mail: kenpayson@dwt.com

DAVIS WRIGHT TREMAINE LLP

2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

STIPULATION & ORDER CONTINUING STAY                    Case No. 2:11-cv-00783-WBS-DAD

DWT 19220523v1 0065187-001084