ROCHELLE L. WILCOX (State Bar No. 197790)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017-2566
Telephone (213) 633-6800
Fax (213) 633-6899
Email: rochellewilcox@dwt.com

STEPHEN M. RUMMAGE (*Admitted Pro Hac Vice*)
KENNETH E. PAYSON (*Admitted Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone (206) 622-3150
Fax (206) 757-7700
Email: steverummage@dwt.com; kenpayson@dwt.com

Attorneys for Defendant CLEARWIRE CORPORATION, erroneously sued as CLEARWIRE, INC.

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON NEWTON, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>CLEARWIRE, INC.,<br><br>  Defendant. | Case No. 2:11-cv-00783-WBS-DAD<br><br>JOINT STATUS REPORT, STIPULATION, AND [PROPOSED] ORDER CONTINUING STAY |

**JOINT STATUS REPORT AND STIPULATION**

The parties, by and through their attorneys of record, provide this Joint Status Report advising the Court they (i) have reached a settlement, subject to court approval, (ii) are documenting the settlement, and (iii) plan to submit papers for preliminary approval within forty-five days in a case raising similar issues now pending in the Western District of Washington, i.e., *Bobowski v. Clearwire Corporation*, Case No. 2:10-cv-01859-JLR (W.D. Wash.). The parties, therefore, respectfully request that the Court continue to stay this case pending final settlement approval and expiration of the appeal period (or final affirmance on appeal) in *Bobowski*, at which

time the parties intend to file a stipulation and proposed order with this Court dismissing this action with prejudice and without award of costs to either party.

Respectfully submitted this 5th day of April, 2012.

| For Clearwire Corporation: | For Plaintiff: |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | AUDET & PARTNERS, LLP |
| By: /s/ *Kenneth E. Payson*<br>    Kenneth E. Payson (*admitted pro hac vice*) | By: /s/ *Michael McShane* (authorized on April 5, 2012)<br>    Michael McShane (*admitted pro hac vice*) |
| Attorneys for Defendant<br>CLEARWIRE CORPORATION | Of Attorneys for Plaintiff<br>SHARON NEWTON |

**ORDER**

IT IS SO ORDERED.

The Court approves the parties' stipulation and STAYS this matter until **October 18, 2012.**

DATED this 12th day of April 2012.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

>Michael McShane (mmcshane@audetlaw.com)
>Jonas Mann (jmann@audetlaw.com)
>Audet & Partners, LLP
>221 Main Street, Suite 1460
>San Francisco, CA 94105
>
>Bryce Miller (bmmiller@baillonthome.com)
>Baillon Thome Jozwiak Miller & Wanta LLP
>222 South Ninth Street, Suite 2955
>Minneapolis, MN  55402

DATED this 5th day of April, 2012.

>*s/ Kenneth E. Payson*
>
>Kenneth E. Payson (*admitted pro hac vice*)
>Davis Wright Tremaine LLP
>1201 Third Avenue, Suite 2200
>Seattle, Washington  98101-3045
>Telephone: (206) 622-3150
>Fax: (206) 757-7700
>E-mail: kenpayson@dwt.com