ROCHELLE L. WILCOX (State Bar No. 197790)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017-2566
Telephone (213) 633-6800
Fax (213) 633-6899
Email: rochellewilcox@dwt.com

STEPHEN M. RUMMAGE (*Admitted Pro Hac Vice*)
KENNETH E. PAYSON (*Admitted Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone (206) 622-3150
Fax (206) 757-7700
Email: steverummage@dwt.com; kenpayson@dwt.com

Attorneys for Defendant CLEARWIRE CORPORATION,
erroneously sued as CLEARWIRE, INC.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON NEWTON, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>  vs.<br><br>CLEARWIRE, INC.,<br><br>                Defendant. | Case No. 2:11-cv-00783-WBS-DAD<br><br>JOINT STATUS REPORT, STIPULATION, AND [PROPOSED] ORDER CONTINUING STAY |

**JOINT STATUS REPORT AND STIPULATION**

The parties, by and through their attorneys of record, provide this Joint Status Report advising the Court they (i) have reached a settlement, subject to court approval, (ii) have submitted papers for preliminary approval in a case raising similar issues now pending in the Western District of Washington, i.e., *Dennings[1] v. Clearwire Corporation*, Case No. 2:10-cv-01859-JLR

---

[1] The parties earlier identified the case as *Bobowski v. Clearwire Corporation* based on the addition of a new lead plaintiff, Bobowski. In the ECF system, however, the case remains titled *Dennings v. Clearwire Corporation* (Dennings was sole plaintiff when the case was initially filed). The parties therefore refer to the case now as *Dennings*.

1

1  (W.D. Wash.); (iii) the *Dennings* Court granted preliminary approval of the settlement and set a
2  final approval hearing for December 19, 2012.

3   The parties, therefore, respectfully request that the Court continue to stay this case pending
4  final settlement approval and expiration of the appeal period (or final affirmance on appeal) in
5  *Dennings*, at which time the parties intend to file a stipulation and proposed order with this Court
6  dismissing this action with prejudice and without award of costs to either party.  Assuming the
7  *Dennings* Court grants final approval on or about December 19, 2012, and to allow time for
8  expiration of the appeal period, the parties respectfully request that this Court continue the stay in
9  this case until January 21, 2013.

10   Respectfully submitted this 18th day of October, 2012.

| For Clearwire Corporation: | For Plaintiff: |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | AUDET & PARTNERS, LLP |
| By: /s/ *Kenneth E. Payson*<br>Kenneth E. Payson (*admitted pro hac vice*) | By: /s/ *Jonas Mann* (authorized on 10/18/12)<br>Jonas Mann |
| Attorneys for Defendant<br>CLEARWIRE CORPORATION | Of Attorneys for Plaintiff<br>SHARON NEWTON |

**ORDER**

IT IS SO ORDERED.

The Court approves the parties' stipulation and STAYS this matter until January 21, 2013. A Scheduling Conference is set in this case for **February 19, 2013 at 2:00 p.m.**  A Joint Status Report shall be filed no later than Febuary 4, 2013.

DATED this 26th day of October 2012.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

DAVIS WRIGHT TREMAINE LLP

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

> Michael McShane (mmcshane@audetlaw.com)
> Jonas Mann (jmann@audetlaw.com)
> Audet & Partners, LLP
> 221 Main Street, Suite 1460
> San Francisco, CA 94105
>
> Bryce Miller (bmmiller@baillonthome.com)
> Baillon Thome Jozwiak Miller & Wanta LLP
> 222 South Ninth Street, Suite 2955
> Minneapolis, MN  55402

DATED this 18th day of October, 2012.

>                       s/ *Kenneth E. Payson*
>
>                       Kenneth E. Payson (*admitted pro hac vice*)
>                       Davis Wright Tremaine LLP
>                       1201 Third Avenue, Suite 2200
>                       Seattle, Washington  98101-3045
>                       Telephone: (206) 622-3150
>                       Fax: (206) 757-7700
>                       E-mail: kenpayson@dwt.com

DAVIS WRIGHT TREMAINE LLP