ROCHELLE L. WILCOX (State Bar No. 197790)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017-2566
Telephone (213) 633-6800
Fax (213) 633-6899
Email: rochellewilcox@dwt.com

STEPHEN M. RUMMAGE (*Admitted Pro Hac Vice*)
KENNETH E. PAYSON (*Admitted Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone (206) 622-3150
Fax (206) 757-7700
Email: steverummage@dwt.com; kenpayson@dwt.com

Attorneys for Defendant CLEARWIRE CORPORATION,
erroneously sued as CLEARWIRE, INC.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON NEWTON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CLEARWIRE, INC.,<br><br>　　　　　Defendant. | Case No. 2:11-cv-00783-WBS-DAD<br><br>JOINT STATUS REPORT, STIPULATION, AND [PROPOSED] ORDER STAYING ACTION AND VACATING SCHEDULING CONFERENCE |

**JOINT STATUS REPORT AND STIPULATION**

On October 29, 2012, the Court entered an Order [Dkt. 51]: (i) staying this matter until ***January 21, 2013***; (ii) setting a Scheduling Conference for ***February 19, 2013***; and (iii) ordering the parties to file a Joint Status Report no later than ***February 4, 2013***.

The parties, by and through their attorneys of record, provide this Joint Status Report advising the Court that: (i) on December 20, 2012, the court in *Dennings v. Clearwire Corporation*, Case No. 2:10-cv-01859-JLR (W.D. Wash.), entered a Settlement Order and Final Judgment granting final approval of the parties' settlement which, among other things, resolved

1

the claims Ms. Newton asserted in the above-captioned action; and (ii) on January 18, 2013, objectors Gordon Morgan and Jeremy De La Gaza filed a Notice of Appeal of the Settlement Order and Final Judgment.

The parties, therefore, respectfully request that the Court vacate the Scheduling Conference set for *February 19, 2013*, and stay this case pending final affirmance on appeal of the Settlement Order and Final Judgment in *Dennings*, at which time the parties intend to file a stipulation and proposed order with this Court dismissing this action with prejudice and without award of costs to either party.

Respectfully submitted this 4th day of February, 2013.

| For Clearwire Corporation: | For Plaintiff: |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | AUDET & PARTNERS, LLP |
| By: /s/ *Kenneth E. Payson*<br>    Kenneth E. Payson (*admitted pro hac vice*) | By: /s/ *Jonas Mann* (authorized on 2/4/13)<br>    Jonas Mann |
| Attorneys for Defendant<br>CLEARWIRE CORPORATION | Of Attorneys for Plaintiff<br>SHARON NEWTON |

**ORDER**

IT IS SO ORDERED.

The Court (i) APPROVES the parties' stipulation; (ii) VACATES the Scheduling Conference set for *February 19, 2013*, and (iii) STAYS this matter until *August 5, 2013*. The parties shall file a Joint Status Report no later than **August 5, 2013**. The Scheduling Conference is reset for **August 19, 2013 at 2:00 p.m.**

DATED this 14th day of February 2013.

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

> Michael McShane (mmcshane@audetlaw.com)
> Jonas Mann (jmann@audetlaw.com)
> Audet & Partners, LLP
> 221 Main Street, Suite 1460
> San Francisco, CA 94105
>
> Bryce Miller (bmmiller@baillonthome.com)
> Baillon Thome Jozwiak Miller & Wanta LLP
> 222 South Ninth Street, Suite 2955
> Minneapolis, MN 55402

DATED this 4th day of February, 2013.

>   s/ *Kenneth E. Payson*
>
>   Kenneth E. Payson (*admitted pro hac vice*)
>   Davis Wright Tremaine LLP
>   1201 Third Avenue, Suite 2200
>   Seattle, Washington 98101-3045
>   Telephone: (206) 622-3150
>   Fax: (206) 757-7700
>   E-mail: kenpayson@dwt.com