ROCHELLE L. WILCOX (State Bar No. 197790)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017-2566
Telephone (213) 633-6800
Fax (213) 633-6899
Email: rochellewilcox@dwt.com

STEPHEN M. RUMMAGE (*Admitted Pro Hac Vice*)
KENNETH E. PAYSON (*Admitted Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone (206) 622-3150
Fax (206) 757-7700
Email: steverummage@dwt.com; kenpayson@dwt.com

Attorneys for Defendant CLEARWIRE CORPORATION,
erroneously sued as CLEARWIRE, INC.

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON NEWTON, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>CLEARWIRE, INC.,<br><br>            Defendant. | Case No. 2:11-cv-00783-WBS-DAD<br><br>JOINT STATUS REPORT, STIPULATION, AND [PROPOSED] ORDER DISMISSING ACTION |

**JOINT STATUS REPORT AND STIPULATION**

On February 4, 2013, the parties filed a Joint Status Report [Dkt. 52] advising the Court that: (i) on December 20, 2012, the court in *Dennings v. Clearwire Corporation*, Case No. 2:10-cv-01859-JLR (W.D. Wash.), entered a Settlement Order and Final Judgment granting final approval of the parties' class action settlement which, among other things, resolved the claims Ms. Newton asserted in the above-captioned action; and (ii) on January 18, 2013, objectors Gordon Morgan and Jeremy De La Gaza filed a Notice of Appeal of the Settlement Order and Final Judgment.

On February 14, 2013, the Court entered an Order [Dkt. 53]: (i) vacating the scheduling conference scheduled for February 19, 2013; (ii) staying this matter until August 5, 2013; and (iii) ordering the parties to file a Joint Status Report no later than August 5, 2013.

On August 5, 2013, the parties filed a Joint Status Report [Dkt. 54] advising the Court that: (i) on April 22, 2013, the Ninth Circuit granted plaintiffs' motion for summary affirmance of the *Dennings* district court's Settlement Order and Final Judgment; (ii) the summary affirmance order became final on June 3, 2013; (iii) on May 3, 2013, the *Dennings* district court granted class counsel's motion for attorneys' fees and expenses; and (iv) on June 3, 2013, objectors appealed that order. The parties asked the Court to continue to stay this case pending final affirmance on appeal of the fee award in *Dennings*.

On August 7, 2013, the Court entered an order [Dkt. 55]: (i) staying the action until February 5, 2014; and (ii) ordering the parties to file a Joint Status Report no later than February 5, 2014.

The parties, by and through their attorneys of record, provide this Joint Status Report advising the Court that:

- On June 28, 2013, *Dennings* Plaintiffs filed a motion for summary affirmance of the district court's order awarding attorneys' fees and expenses;
- On September 9, 2013, the Ninth Circuit granted *Dennings* Plaintiffs' motion for summary affirmance;
- On September 19, 2013, the *Dennings* parties and objectors filed a stipulation dismissing the appeal without award of costs;
- On September 27, 2013, the Ninth Circuit issued an order that the parties should bear their own costs on appeal pursuant to their stipulation;
- On October 2, 2013, the Ninth Circuit issued its mandate, making effective its September 9, 2013, order granting summary affirmance.

DAVIS WRIGHT TREMAINE LLP

With the settlement approval process in *Dennings* now having reached its conclusion, the parties stipulate and jointly request that the Court dismiss this action with prejudice and without award of costs to either party.

Respectfully submitted this 6th day of December, 2013.

| For Clearwire Corporation: | For Plaintiff: |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | AUDET & PARTNERS, LLP |
| By: /s/ *Kenneth E. Payson* <br> Kenneth E. Payson (*admitted pro hac vice*) | By: /s/ *Jonas Mann* (authorized on 12/6/13) <br> Jonas Mann |
| Attorneys for Defendant <br> CLEARWIRE CORPORATION | Of Attorneys for Plaintiff <br> SHARON NEWTON |

**ORDER**

IT IS SO ORDERED.

The Court DISMISSED this action with prejudice and without award of costs to either party.

DATED this ___ day of _____ 2013.

_____
HONORABLE WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

>Michael McShane (mmcshane@audetlaw.com)
>Jonas Mann (jmann@audetlaw.com)
>Audet & Partners, LLP
>221 Main Street, Suite 1460
>San Francisco, CA 94105
>
>Bryce Miller (bmmiller@baillonthome.com)
>Baillon Thome Jozwiak Miller & Wanta LLP
>222 South Ninth Street, Suite 2955
>Minneapolis, MN  55402

DATED this 6th day of December, 2013.

>*s/ Kenneth E. Payson*
>
>Kenneth E. Payson (*admitted pro hac vice*)
>Davis Wright Tremaine LLP
>1201 Third Avenue, Suite 2200
>Seattle, Washington  98101-3045
>Telephone: (206) 622-3150
>Fax: (206) 757-7700
>E-mail: kenpayson@dwt.com